FILED'08 JUN 06 14:19USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| PHILIP D. BARGAS, | Civil No. 3:04-CV-109-AC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

The Court hereby enters the following Judgment:

This matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings, a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g) consistent with the memorandum of the Ninth Circuit Court of Appeals, dated January 8, 2008.

DATED this _6th_ day of _June_, 2008.

_____
UNITED STATES MAGISTRATE JUDGE